IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 07-736-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION EXTENDING TIME TO RESPOND

WHEREAS, the parties have conferred and agree to an extension of time for Defendant Barr Laboratories, Inc. to respond to the Complaint;

IT IS AGREED AND STIPULATED that Defendant's deadline to answer or otherwise plead to the Complaint is extended to January 9, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

/s/Jack B. Blumenfeld
Jack B. Blumenfeld, Esquire (#1014)
Maryellen Noreika, Esquire (#3208)
Richard J. Bauer, Esquire (#4828)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorney for Plaintiffs

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/John C. Phillips, Jr.
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Defendant

IT IS SO ORDERED this _____ day of _____, 2007.

_____
J.