IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No.: 07-736-UNA<br>)<br>)<br>)<br>) |

### DEFENDANT'S RULE 7.1 DISCLOSURE

Defendant Barr Laboratories, Inc. makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Barr Laboratories, Inc. is a wholly-owned subsidiary of Barr Pharmaceuticals, Inc. Barr Pharmaceuticals, Inc. is publicly traded on the New York Stock Exchange under the ticker symbol BRL. To the best of our knowledge as of the date hereof, no publicly-held corporation or parent corporation currently owns 10% or more of Barr Pharmaceutical's stock.

Dated: January 9, 2008

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Of Counsel:
George C. Lombardi
Samuel S. Park
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendants