IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-736-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## BARR LABORATORIES, INC.'S RESPONSE TO ELAN'S MOTION TO CONSOLIDATE

Barr Laboratories, Inc. hereby responds to Plaintiffs Elan Corporation, PLC and Elan Pharma International Ltd.'s (collectively "Elan") Motion to Consolidate the four above-captioned cases and states that Barr Laboratories, Inc. does not oppose Elan's Motion.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Defendant Barr Laboratories, Inc.

DATE: January 17, 2008