IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>                Plaintiffs,<br><br>     v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>                Defendant. | C.A. No. 07-552-SLR |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>                Plaintiffs,<br><br>     v.<br><br>INTELLIPHARMACEUTICS CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>                Defendants. | C.A. No. 07-603-SLR |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>                Plaintiffs,<br><br>     v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>                Defendant. | C.A. No. 07-679-SLR |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>                Plaintiffs,<br><br>     v.<br><br>BARR LABORATORIES, INC.,<br><br>                Defendant. | C.A. No. 07-736-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Rule 26 Initial Disclosures* were caused to be served on February 14, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Thomas G. Whalen, Jr., Esquire<br>Stevens & Lee, p.c.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |
| Fredrick L. Cottrell III, Esquire<br>Steven J. Fineman, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |
| Andre G. Bouchard, Esquire<br>David J. Margules, Esquire<br>Bouchard Margules & Friedlander, p.a.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>Phillips, Goldman & Spence, p.a.<br>1200 North Broom Street<br>Wilmington, DE 1986 | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard J. Bauer*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Richard J. Bauer (#4828)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiffs*
  *Elan Corporation, plc and*
  *Elan Pharma International Ltd.*

February 14, 2008
1538345

## **CERTIFICATE OF SERVICE**

        I hereby certify that on February 14, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Thomas G. Whalen, Jr.
        STEVEN & LEE, P.C.

        Frederick L. Cottrell III
        Steven J. Fineman
        RICHARDS, LAYTON & FINGER

        Andre G. Bouchard
        David J. Margules
        BOUCHARD MARGULES & FRIEDLANDER, P.A.

        John C. Phillips, Jr.
        Brian E. Farnan
        PHILLIPS, GOLDMAN & SPENCE, P.A.

        I further certify that I caused to be served copies of the foregoing document on February 14, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Thomas G. Whalen, Jr., Esquire<br>STEVENS & LEE, P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Fredrick L. Cottrell III, Esquire<br>Steven J. Fineman, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Andre G. Bouchard, Esquire<br>David J. Margules, Esquire<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |

2

John C. Phillips, Jr., Esquire  
Brian E. Farnan, Esquire  
PHILLIPS, GOLDMAN & SPENCE, P.A.  
1200 North Broom Street  
Wilmington, DE  1986

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

*/s/ Richard J. Bauer*
_____
Richard J. Bauer (#4828)

2