IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>                Plaintiffs,<br><br>     v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>                Defendant. | C.A. No. 07-552-SLR |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>                Plaintiffs,<br><br>     v.<br><br>INTELLIPHARMACEUTICS<br>CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>                Defendants. | C.A. No. 07-603-SLR |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>                Plaintiffs,<br><br>     v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>                Defendant. | C.A. No. 07-679-SLR |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>                Plaintiffs,<br><br>     v.<br><br>BARR LABORATORIES, INC.,<br><br>                Defendant. | C.A. No. 07-736-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on December 19, 2007, Defendant Teva Pharmaceuticals USA, Inc., by and though its counsel, served its Initial Disclosures under Fed. R. Civ. P. 26(a)(1) upon counsel for the Plaintiffs in this action via facsimile and first class United States mail, postage prepaid and addressed as follows:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington DE  19899
> FAX:  (302) 425-3012

Dated:  February 15, 2008            STEVENS & LEE, P.C.

> /s/ Joseph Grey
> Joseph Grey (No. 2358)
> Thomas G. Whalen, Jr. (No. 4034)
> 1105 N. Market Street, 7th Floor
> Wilmington, DE 19801
> Tel: (302) 654-5180
> Fax: (302) 654-5181
> E-mail: jg@stevenslee.com
>         tgw@stevenslee.com

Mark D. Schuman
Jeffer Ali
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN  55402
TEL:  (612) 436-9600
FAX:  (612) 436-9605
E-MAIL:  jali@ccvl.com
*Attorneys for Defendant TEVA Pharmaceuticals USA, Inc.*

SL1 795738v1/030421.00185

**CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that, on this 15th day of February, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the foregoing Notice of Service were served by first class United States mail, postage prepaid, upon counsel for the parties at the following addresses:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Maryellen Noreika, Esquire<br>Richard J. Bauer, Esquire<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 |
| John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Frederick L. Cottrell, III, Esquire<br>Steven J. Fineman, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

                                                           /s/ Joseph Grey
                                                           Joseph Grey