IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

――――――――――――――――――― x
:
ELAN CORPORATION, PLC and :
ELAN PHARMA INTERNATIONAL LTD, :
:
Plaintiffs, :
:
v. : Civil Action No.: 1:07-cv-00736-SLR
:
BARR LABORATORIES, INC., :
:
Defendant. :
:
――――――――――――――――――― x

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on February 14, 2008, two copies of Barr Laboratories, Inc.'s Rule 26(a)(1) Initial Disclosures were served via hand delivery on the following:

Jack B. Blumenfeld
Maryellen Noreika
Richard J. Bauer
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/ Brian E. Farnan
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pgslaw.com

- 2 -

**Of Counsel:**
George C. Lombardi
Bradley Graveline
Samuel S. Park
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Dated: February 15, 2008               .