IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
ELAN CORPORATION, PLC and                                  :
ELAN PHARMA INTERNATIONAL LTD,                             :
                                                           :
                    Plaintiffs,                            :
                                                           :
v.                                                         : Civil Action No.: 1:07-cv-00736-SLR
                                                           :
BARR LABORATORIES, INC.,                                   :
                                                           :
                    Defendant.                             :
                                                           :
---------------------------------------------------------- x

### ENTRY OF APPEARANCE

TO: CLERK OF THE COURT

   PLEASE ENTER THE APPEARANCE of Brian E. Farnan, Esquire, as co-counsel for defendant Barr Laboratories, Inc. in the above-captioned matter.

                                    PHILLIPS, GOLDMAN & SPENCE, P.A.

                                    _____
                                    Brian E. Farnan (#4089)
                                    1200 North Broom Street
                                    Wilmington, DE 19806
                                    (302) 655-4200
                                    (302) 655-4210 (fax)
                                    bef@pgslaw.com

**Of Counsel:**
George C. Lombardi
Bradley Graveline
Samuel S. Park
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Dated: June 19, 2008